MAX SCHWEITZER, Respondent, v. SIGMUND W. BARASCH, Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

OSCAR L. RICHARD and Others, Copartners, etc., Appellants, v. GREAT EASTERN CASUALTY COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

MUTUAL FINANCE CORPORATION, Appellant, v. CHARLES W. LLOYD, Respondent.— Appeal dismissed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page and Merrell, JJ.

NATHAN MORGENROTH, as Executor, etc., of JACOB MORGENROTH, Deceased, Respondent, v. HARRIS EMERT, Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

BERNARD LEVY, an Infant, by His Guardian ad Litem, VICTOR LEVY, Appellant, v. ISIDOR NATHAN, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

VICTOR LEVY, Appellant, v. ISIDOR NATHAN, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

EVELYN C. SCOTT, Respondent, v. PRESS PUBLISHING COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.; Clarke, P. J., dissenting.

MAX KERNKRAUT, an Infant, by ESTHER KERNKRAUT, His Guardian ad Litem, Respondent, v. LOUIS KALMANOWITZ, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

HYMAN KERNKRAUT, Respondent, v. LOUIS KALMANOWITZ, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

BELYEA COMPANY, INC., Respondent, v. GENERAL MOTORS CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

In the Matter of Proving the Last Will and Testament of ISIDOR PICKER, Deceased, as a Will of Real and Personal Property.— Decree affirmed, with costs to all parties separately appearing and filing briefs upon this appeal payable out of the estate. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

FRANK W. WINNE & SON, INC., Respondent, v. CHAS. D. DURKEE & COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

IRWIN HOLDING CO., INC., v. SIDNEY H. WEINBERG.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure points to be filed on or before the 28th day of November, 1922. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.